■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD SIPLIN, Appellant. (Appeal No. 1.) [667 NYS2d 139] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.— Criminal Possession Stolen Property, 3rd Degree.) Present— Denman, P. J., Pine, Callahan, Balio and Fallon, JJ.

withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.— Criminal Possession Weapon, 3rd Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Fallon, JJ.